# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TRANSPORTES PEÑÓN BLANCO SAPI DE C.V. and GERARDO ANGEL TAMEZ TAMEZ, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:23CV176 |
| VOLVO GROUP NORTH AMERICA, LLC and MACK TRUCKS, INC., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (ECF No. 31), be **GRANTED** under Federal Rules of Civil Procedure 12(b)(7) and 19 for failure to join an indispensable party whose joinder would destroy complete diversity jurisdiction in this case.

This, the 28th day of March 2025.

/S/ Loretta C. Biggs
Senior United States District Judge