# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TRANSPORTES PENON BLANCO SAPI DE D.V., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:23CV176 |
| VOLVO GROUP NORTH AMERICA, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT

For the reasons set forth in the Court's Order filed on March 28, 2025, (ECF No. 40), and the Court having considered Plaintiff's Motion to Alter or Amend the Judgment entered on March 28, 2025, the Court finds that good exists to grant the motion and that this prior Court's Judgment, (ECF No. 41), should be amended.

Accordingly, the Court having granted Defendants' Motion to Dismiss, (ECF No. 31), under Federal Rules of Civil Procedure 12(b)(7) and 19, for failure to join an indispensable party whose joinder would destroy complete diversity jurisdiction in this case,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is and shall be **DISMISSED WITHOUT PREJUDICE.**

This, the 28th day of August 2025.

/s/ Loretta C. Biggs
Senior United States District Judge